# PHILLIPS & ASSOCIATES

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

December 10, 2020

**Via ECF and Electronic Mail**
**The Honorable John P. Cronan**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

> Plaintiffs' request is GRANTED. The Pretrial Conference scheduled for December 21, 2020, at 3:00 p.m. is hereby adjourned to February 16, 2021, at 3:00 p.m. Unless the Court directs otherwise, the Court plans to conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.
>
> SO ORDERED.
>
> Date: December 10, 2020
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

Re:   Allah-El and Perez v. Acacia Network, Inc., et al.
       Index No.: 20-cv-08199 (JPC) (SLC)

Dear Judge Cronan:

We represent the Plaintiffs in the above referenced matter. We respectfully write Your Honor to request an adjournment of the Initial Conference for this case, presently scheduled for December 21, 2020, to a date after Defendants respond to the Complaint.

We make this request because as the Court is aware, Plaintiffs filed an Amended Complaint and received correct Summonses on November 30, 2020. Since then, attorneys for Defendants Acacia Network, Inc. and South Bronx Community Management Company, Inc. (collectively "Ruth Fernandez Defendants") have accepted service on behalf of their clients. *See* Dckt. 15[1]. At the same time, we have not yet effected service of the Amended Complaint on Defendant Charlene Strickland. Accordingly, the Initial Conference is currently scheduled for a date before the deadline by which Defendants need to respond to the Complaint.

This the first request to adjourn the Initial Conference and it is made with consent from the Ruth Fernandez Defendants. However, we cannot receive consent from Defendant Strickland because she failed to timely respond to the original Complaint, despite proper service, and we have not been contacted by her or an attorney.

Given the above, Plaintiffs respectfully request an adjournment of the Initial Conference and appreciate Your Honor's attention to this matter.

Respectfully submitted,

**Phillips & Associates, PLLC**

*/s/ Gregory W. Kirschenbaum*
Gregory W. Kirschenbaum, Esq.

---

[1] The deadline for the Ruth Fernandez Defendants to respond to the Complaint is February 8, 2021.