# PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

February 23, 2021

**Via ECF and Electronic Mail**
**Honorable John P. Cronan**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

> Plaintiffs' request is granted. The Initial Pretrial Conference scheduled for February 25, 2021, at 1:00 p.m. is adjourned to March 31, 2021, at 11:00 a.m. Unless the Court orders otherwise, the Court will conduct the IPTC by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.
>
> SO ORDERED.
>
> Date: February 23, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:  Allah-El, et al. v. Acacia Network, Inc., et al.
     Index No.: 20-cv-08199-JPC

Dear Judge Cronan:

We represent the Plaintiffs in the above referenced matter. We write Your Honor, in conjunction with Defendants, to respectfully request an adjournment of the initial conference, presently scheduled for February 25, 2021.

This is the second request for an adjournment of the initial conference. The first request was necessitated by the deadline for Defendants to file their Answers. We make the current request because this matter was recently referred to automatic mediation pursuant to the Standing Order in employment matters. To that end, the Parties are currently in the process of scheduling the mediation.

Accordingly, we believe that it would be a prudent conservation of judicial time and resources to adjourn the initial conference until a date after the scheduled mediation (in the event that mediation is not fruitful). We appreciate the Court's consideration in this regard.

Respectfully Submitted,

**Phillips & Associates, PLLC**
*Attorneys for Plaintiffs*

*/s/ Gregory W. Kirschenbaum*
Gregory W. Kirschenbaum, Esq.

cc:  Peter T. Shapiro, Esq. And Simi Bhutani, Esq., *Attorneys for Defendants Acacia Network, Inc. and South Bronx Management Company, Inc.*

cc:  Kaitlyn P. Long, Esq. and Karen M. Lager, Esq., *Attorneys for Defendant Charlene Strickland*