**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

August 23, 2022

**Via ECF and Electronic Mail**
**Honorable John P. Cronan**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

Re: Allah-El, et al. v. Acacia Network, Inc., et al.
Index No.: 20-cv-08199-JPC

Dear Judge Cronan:

We represent the Plaintiffs in the above-referenced matter. We write Your Honor, with the consent of the Defendants, to request a 30-day stay of discovery. Presently, fact discovery is scheduled to end on September 13, 2022.

This is the Parties' first request for a stay of discovery. As Your Honor is aware, the Parties have recently rekindled settlement discussions. However, during the pendency of such discussions, Plaintiff Valentine Perez suffered a medical emergency which has temporarily incapacitated him and rendered him unable to effectively engage in the litigation/discussions. Plaintiffs believe that this 30-day stay will allow Plaintiff Perez to recover and reengage fully in this matter.

We appreciate Your Honor's attention to this matter.

Respectfully Submitted,

**Phillips & Associates, PLLC**

*/s/Gregory W. Kirschenbaum*
Gregory W. Kirschenbaum, Esq.

cc: Simi Bhutani, Esq., *Attorneys for the Corporate Defendants* (Via ECF)

cc: Kaitlyn P. Long, Esq. *Attorneys for the Individual Defendant* (via ECF)

> The Court will extend the deadlines for completion of discovery by 30 days. The new deadline for the completion of fact discovery is October 13, 2022, and the new deadline for the completion of expert discovery is November 28, 2022. The parties may request a referral to the assigned magistrate judge for a settlement conference or to the Court's mediation program by letter.

SO ORDERED
Date: August 25, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge